**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TAJUANA BRONSON,

   Plaintiff,

v.                                      CASE NO: 3:16-cv-00669-MMH-PDB

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

     Plaintiff, TAJUANA BRONSON by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, TAJUANA BRONSON, and Defendants, BLUESTEM BRANDS, INC. d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            ***/s/ Shaughn C. Hill***
                                            SHAUGHN C. HILL, ESQUIRE
                                            Florida Bar No. 0105998
                                            MORGAN & MORGAN, TAMPA, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, Suite 700
                                            Tampa, FL 33602
                                            Telephone:  (813) 223-5505
                                            Facsimile:  (813) 223-5402
                                            Primary Email: SHill@ForThePeople.com
                                            Secondary: LCrouch@ForThePeople.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16TH day of September, 2016, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties.

*/s/ Shaughn C. Hill*
SHAUGHN C. HILL, ESQUIRE
Florida Bar#: 0338620
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin St., Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
Email:  shill@forthepeople.com
Secondary: lcrouch@forthepeople.com
*Attorney for Plaintiff*