**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TAJUANA BRONSON,

       Plaintiff,

v.                                         Case No.   3:16-cv-669-J-34PDB

BLUESTEM BRANDS, INC.,
d/b/a Fingerhut,

       Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 16; Stipulation) filed on October 5, 2016.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

     **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorneys' fees, costs, and expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

     **DONE AND ORDERED** in Jacksonville, Florida this 11th day of October, 2016.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties